IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID TERRENCE STEPHENS,

     Plaintiff,

v.                                        4:16cv5-WS/GRJ

JULIE JONES, et al.,

     Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation

docketed January 8, 2016. See Doc. 5. The magistrate judge recommends that the

plaintiff's case be dismissed pursuant to the three-strikes provision of 28 U.S.C. §

1915(g). The plaintiff has filed objections (doc. 6) to the magistrate judge's report

and recommendation.

Having reviewed the magistrate judge's report and recommendation in light

of the plaintiff's objections, this court has determined that the magistrate judge's

report and recommendation should be adopted. As did the magistrate judge, this

court finds that the plaintiff is barred under § 1915(g) from proceeding in forma

pauperis in this case. While the plaintiff does not dispute that he is a "three

striker," he contends that he qualifies for the imminent-danger exception to the

three strikes rule. His complaint, however, is devoid of specific factual allegations

to suggest that the plaintiff faced imminent danger of serious physical injury at the

time the complaint was filed. As a result, this case does not come within §

1915(g)'s exception. Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 5) is hereby

ADOPTED and incorporated by reference into this order.

2.  The plaintiff's complaint and this action are DISMISSED WITHOUT

PREJUDICE to the plaintiff's initiating a new cause of action accompanied by

payment of the $400.00 filing fee in its entirety.

3.  The clerk shall enter judgment stating: "This case is dismissed without

prejudice pursuant to 28 U.S.C. § 1915(g)."

DONE AND ORDERED this ___1st___ day of ____February____, 2016.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE